IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| BAYARD SALES CORPORATION, | Case No. 12-16339 (ELF) |
| Debtor. | |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

TO:   THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, NOTICE IS GIVEN THAT:

Lynn E. Feldman, Chapter 7 Trustee for the above-captioned debtor (the "Trustee" or "Movant"), has filed her First Omnibus Objection to Claims Pursuant to 11 U.S.C. §§ 502(b), 502(d), Federal Rule of Bankruptcy Procedure 3007 and Local Bankruptcy Rule 3007-1 (the "Objection").

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to eliminate or change your claim, your or you attorney must attend the hearing on the Objection to be held before the Honorable Eric L. Frank, **on May 8, 2013 at 10:00 a.m.** in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify

with respect to disputed material factual issues in the manner directed by Federal Rule of Bankruptcy Procedure 9014(d).

If you or your attorney do not attend the hearing on the Objection, the Court may decide that you do not oppose the Objection to your claim.

Date: March 27, 2013                                    DUANE MORRIS LLP

                                            By:    /s/ Lawrence J. Kotler
Lawrence J. Kotler, Esquire (56029)
Catherine E. Beideman (205597)
30 South 17th Street
Philadelphia, PA 19103
215.979.1000

*Attorneys for Movant,*
*Lynn E. Feldman, Chapter 7 Trustee*

DM3\2485062.1

2