IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          : Chapter 7
                                                :
BAYARD SALES CORPORATION,                       : Case No. 12-16339 (ELF)
                                                :
            Debtor.                             :

## ORDER GRANTING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. §§ 502(b) and 502(d), FED. R. BANKR. P. 3007 AND LOCAL BANKRUPTCY RULE 3007-1

Upon consideration of the Trustee's First Omnibus Objection To Claims Pursuant To 11 U.S.C. §§ 502(b) and 502(d), Fed. R. Bankr. P. 3007 And Local Bankruptcy Rule 3007-1 (the "Objection"); ~~and upon consideration of any and all responses filed to the Objection;~~ and after ~~notice and a~~ hearing to consider the Objection and ~~any and all responses thereto; and it appearing~~ *for the reasons stated in court* that ~~each holder of a claim that is the subject to the Objection was properly and timely served with a copy of the Objection and Exhibits "A" and "B" thereto; and it appearing that the relief requested in the Objection is in the best interest of the Debtor and its estate, and good cause appearing for the relief requested in the Objection,~~ it is hereby

ORDERED that the Objection is ~~GRANTED; and it is further~~ OVERRULED WITHOUT PREJUDICE

~~2. ORDERED that the claims set forth on Exhibit "A" hereto, the 502(d) Claims, are hereby disallowed and/or expunged in their entirety; and it is further~~

DM3\2485062.1

~~3.  **ORDERED** that the Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.~~

Dated: May 15, 2013
Philadelphia, Pennsylvania

_____
Eric L. Frank,
United States Bankruptcy Judge

DM3\2485062.1