UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BAYARD SALES CORPORATION                    Chapter 7

Bky No. 12-16339 ELF

## STATUS REPORT

In response to the Order of Court dated April 2, 2018, the trustee files this Status Report:

1. The trustee prepared and provided the proposed TFR to the UST in June, 2017. In February, 2018, the trustee received additional funds (albeit unexpected) from a class action recovery, and notified the UST of the new deposit. The trustee requested that the UST complete the review of the original TFR before the trustee submits an updated TFR so that the new TFR can be approved in a timely manner.

2. The trustee will make all necessary revisions to the original TFR, and account for the additional funds in a revised TFR, once the UST completes its review.

3. Once the UST review is completed the trustee will resubmit the TFR.

4. The trustee and counsel are available to participate in a status conference should this Court deem one warranted or necessary.

Dated: 4/4/18                         BY:    /s/Lynn E. Feldman
                                             LYNN E. FELDMAN, TRUSTEE